IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MINOR L. MCNEIL**                                                                                     **PLAINTIFF**

**v.**                                    **Case No. 4:22-CV-00693-LPR**

**ASA HUTCHINSON, et al.**                                                                   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are dismissed without prejudice.

IT IS SO ADJUDGED this 30th day of January 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE